# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

Civil Action No. 09-CV-00385

KAREN YATES,

       Plaintiff,

v.

ALLIED INTERSTATE, INC.,

       Defendant.

---

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:   ALLIED INTERSTATE, INC.
      c/o Daniel S. Rabin
      Rachel Ommerman
      Berman & Rabin, P.A.
      PO Box 33159
      Kansas City, MO 64114

      You are hereby notified that the Plaintiff, Karen Yates, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, Allied Interstate, Inc., and attached as Exhibit 1.

                              Respectfully submitted,
                              Karen Yates
                              By Counsel,

                              _s/ J. Mark Meinhardt_
                              J. Mark Meinhardt
                              4707 College Blvd. Ste. 100
                              Leawood, KS 66211
                              (913) 451-2113
                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rommerman@bermanrabin.com

I hereby certify that on November 4, 2009, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to 913-652-9474 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

Allied Interstate, Inc.
c/o Daniel S. Rabin
Rachel Ommerman
Berman & Rabin, P.A.
PO Box 33159
Kansas City, MO 64114

                                                   s/ J. Mark Meinhardt