# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

KAREN YATES,

    Plaintiff,

v.

                      COURT FILE NO.: 09-CV-00385

ALLIED INTERSTATE, INC.,

    Defendant.

## SATISFACTION OF JUDGMENT

COMES NOW, Plaintiff Karen Yates, by and through counsel, J. Mark Meinhardt, and gives notice that Judgment in the amount of $3,605.71 has been received from Defendant Allied Interstate, Inc. in the above referenced action and thereby judgment in this matter is satisfied in full.

        Respectfully submitted:
        Karen Yates
        By Counsel,

        s/ J. Mark Meinhardt
        J. Mark Meinhardt
        4707 College Blvd., Suite 100
        Leawood, KS 66211
        meinhardtlaw@sbcglobal.net
        913-451-2113
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2009, a true and correct copy of the Satisfaction of Judgment was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

        /s/ J. Mark Meinhardt_____
        J. Mark Meinhardt