# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KAREN YATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-0385-CV-W-FJG |
| ) | |
| ALLIED INTERSTATE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

Pursuant to Fed.R.Civ.P. 68, Defendant Allied Interstate on November 4, 2009 made an offer to Plaintiff allowing judgment to be taken against Defendant in the amount of $3,605.71. On the same day, plaintiff accepted defendant's offer of judgment. On November 17, 2009, plaintiff filed a satisfaction of judgment indicating that judgment in the amount of $3,605.71 had been received from defendant and that the judgment had thereby been satisfied in full.

Accordingly, the Court hereby enters judgment in favor of plaintiff in the amount of $3,605.71, which is inclusive of all alleged damages, fees and costs.


Date: December 3, 2009　　　　　　　　　　**S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge